**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph E. Bearden, III
Duplass Zwain
3838 N. Causeway, Ste 2900
Metairie LA 70002

**REHEARING ACTION: February 9, 2011**

**Docket Number: 10   00434-CA**

**W.T.A, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE**
**OF THE MINOR CHILD, A.J.A.**
**VERSUS**
**M. Y., ET AL.**

**Appealed from Lafayette Parish Case No. C-975810**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **M. Y.** has this day been

    **DENIED.**

cc: S. J. S., In Proper Person
   H. A. D., In Proper Person
   Winston Thomas Angers, Counsel for the Appellant
   Robert Alexander Jarred, Counsel for the Appellee